# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR134 and 8:14CR136 |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| **LUIS ARMANDO MORENO-AYALA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on defendant's unopposed motion to continue trial [25]. Due to counsel's case load, unavailability of interpreter and the need for additional investigation, counsel needs additional time to investigate and prepare for trial. The defendant shall comply with NECrimR 12.1(a). As this matter has been continued several times, it is unlikely the court will grant further continuances,

**IT IS ORDERED** that the motion to continue trial [25] is granted, as follows:

1. The jury trial now set for March 24, 2015 is continued to **May 12, 2015.**

2. Defendant shall file a waiver of speedy trial as soon as practical.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 12, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 19, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**